Order entered November 1, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00941-CV

## CLASSIC SUPEROOF LLC & STANLEY KEITH LYLES, Appellant

## V.

## DONNA K. BEAN, Appellee

### On Appeal from the County Court at Law No. 3
### Collin County, Texas
### Trial Court Cause No. 3-1546-2010

## ORDER

The Court has before it the October 29, 2012 request of Denise Y. Condran, Official

Court Reporter for the County Court at Law No. 3, for an extension of time in which to file the

reporter's record. The Court **GRANTS** the request and **ORDERS** that the reporter's record be

filed within twenty days of the date of this order.

MOLLY FRANCIS
JUSTICE